UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JAMARR TERRY, # 209793, <br> a/k/a Jamirr H. Terry Bey, <br>     Plaintiff, <br><br> -v- <br><br> ALLEN BYAM, et al., <br>     Defendants. | No. 1:12-cv-347 <br><br> HONORABLE PAUL L. MALONEY |

## **JUDGMENT**

Having dismissed all pending claims, as required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT** enters in favor of Defendants and against Plaintiff.

Under Rule 4 of the Federal Rules of Appellate Procedure, notice of appeal must be filed within 30 days of the date of this Judgment.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**


Date:  December 18, 2013                                          /s/ Paul L. Maloney
                                                                                                                       Paul L. Maloney
                                                                                                                       Chief United States District Judge